# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

March 23, 2021

**By ECF**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Application granted. A conference is scheduled for April 5, 2021 at 11:00 a.m. Mr. Roth is appointed as CJA counsel in this matter.
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> March 24, 2021

**Re:** *United States v. Miguel Frias*, 18 Cr. 152 (RA)

Dear Judge Abrams:

    I write in respect to the pending Violation of Supervised Release in the above-referenced matter. On September 13, 2019, Mr. Frias's term of Supervised Release was revoked. We respectfully request that a date convenient to the parties be set to proceed with a hearing on this matter. Mr. Frias is currently in custody serving an 84-month sentence that was imposed by Judge Marrero on February 18, 2021, on docket 20 Cr. 44 (VM).

    I conferred with Zachary Taylor who was Mr. Frias's counsel on 18 Cr. 152 (RA) and was originally assigned pursuant to CJA on 20 Cr. 44 (VM) but was subsequently relieved. I would respectfully request, with the consent of Mr. Frias and Mr. Taylor, that I be assigned pursuant to CJA to 18 Cr. 152 (RA).

    AUSA Christopher Clore joins in this application.

Very truly yours,

James Roth, Esq.

cc: AUSA Christopher Clore
      Zachary Taylor

JR/Frias/Ltr to Ct/VOSR Sched/Appt